UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**ANGEL M. HYCHE,**

        Plaintiff,

                                Case No. 21-cv-464

    vs.

**ANTHEM SHORT TERM DISABILITY PLAN,**

and

**ANTHEM INSURANCE COMPANIES, INC.,**

        Defendants.

## NOTICE OF PENDING SETTLEMENT

      Comes now Plaintiff, by and through her attorneys Hawks Quindel, S.C., and notifies the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement agreement and anticipate filing a Stipulation of Dismissal within 45 days.

      Dated: July 8, 2021

                              **HAWKS QUINDEL, S.C.**
                              *Attorneys for Plaintiff, Angel M. Hyche*

                              By:   */s/ Danielle M. Schroder*
                              Danielle M. Schroder, SBN 1079870
                              Email: dschroder@hq-law.com
                              Jessa L. Victor, SBN 1099144
                              Email: jvictor@hq-law.com
                              409 East Main Street
                              P.O. Box 2155
                              Madison, Wisconsin 53701-2155

Telephone: 608/257-0040
Facsimile: 608/256-0236