UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**ANGEL M. HYCHE,**

        Plaintiff,

                          Case No. 21-cv-464

vs.

**ANTHEM SHORT TERM DISABILITY PLAN,**

   and

**ANTHEM INSURANCE COMPANIES, INC.,**

        Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL

The Plaintiff, Angel Hyche, by her attorneys, Hawks Quindel, S.C., hereby moves to dismiss the above-captioned matter with prejudice and without costs, pursuant to the settlement reached between the parties. Plaintiff's Counsel has spoken with Counsel for Defendants and there is no objection to this motion.

Dated: August 23, 2021

                            **HAWKS QUINDEL, S.C.**
                            *Attorneys for Plaintiff, Angel M. Hyche*

                            By: */s/ Danielle M. Schroder*
                            Danielle M. Schroder, SBN 1079870
                            Email: dschroder@hq-law.com
                            Jessa L. Victor, SBN 1099144
                            Email: jvictor@hq-law.com
                            409 East Main Street
                            P.O. Box 2155
                            Madison, Wisconsin 53701-2155
                            Telephone: 608/257-0040
                            Facsimile: 608/256-0236